**Harold FORD, Plaintiff–Appellant,**

v.

**IDAHO STATE BAR; et al.,
Defendants–Appellees.**

**No. 10–35861.**

United States Court of Appeals,
Ninth Circuit.

Submitted Feb. 28, 2012.*

Filed March 12, 2012.

Harold Ford, Boise, ID, pro se.

Before: LEAVY, THOMAS, and CHRISTEN, Circuit Judges.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

**MEMORANDUM ****

Harold Ford appeals pro se from the district court's judgment dismissing his 42 U.S.C. § 1983 action challenging Idaho state bar decisions resolving his claims against a former attorney for misconduct and reimbursement of attorney's fees. We have jurisdiction under 28 U.S.C. § 1291. We review de novo. *Noel v. Hall,* 341 F.3d 1148, 1154 (9th Cir.2003) (*Rooker–Feldman* doctrine); *Barren v. Harrington,* 152 F.3d 1193, 1194 (9th Cir.1998) (order) (dismissal under 28 U.S.C. § 1915(e)(2)). We affirm.

The district court properly dismissed Ford's action as barred by the *Rooker–Feldman* doctrine because the action is a "forbidden de facto appeal" of state bar decisions, and raises constitutional claims that are "inextricably intertwined" with those decisions. *Noel,* 341 F.3d at 1158; *Bianchi v. Rylaarsdam,* 334 F.3d 895, 898 (9th Cir.2003) (concluding that the district court lacked jurisdiction where the plaintiff "essentially asked the federal court to review the state court's denial in a judicial proceeding, and to afford him the same individual remedy he was denied in state court" (internal citation and quotation marks omitted)).

Ford's remaining contentions are unpersuasive.

**AFFIRMED.**

*** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.